# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

Energy Conversion Devices, Inc.                    Case No. 12-43166

                             Debtor.                    Chapter 11
_____/

John Madden, Liquidation Trustee

                             Plaintiff,

                             v.                    Adv. No. 14-04162

Victory Packaging L.P.                    Adversary Proceeding
                                      Hon. Thomas J. Tucker

                            Defendant.
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING

On or about May 9, 2014, this Court entered a settlement text order, which required the plaintiff to submit an order of dismissal or consent judgment within 3 days of the entry of the order approving the settlement in the main case.   On, June 17, 2014 an order was entered in the main case approving the settlement.   To date, plaintiff has not submitted an order of dismissal or a consent judgment. Therefore,

**IT IS ORDERED** that this case is dismissed for failure to comply with the text order entered on. May 9, 2014

.

**Signed on June 23, 2014**

                                          /s/ **Thomas J. Tucker**
                                        **Thomas J. Tucker**
                                        **United States Bankruptcy Judge**